FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 07, 2021

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD A.B.,[1]<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL, COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 4:20-cv-05181-FVS<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AND CLOSING FILE** |

BEFORE THE COURT is the parties' Notice of Stipulated Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). ECF No. 18. The parties indicate the above-entitled action is voluntarily dismissed by stipulation with prejudice. Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Notice of Stipulated Voluntary Dismissal (**ECF No. 18**) is **GRANTED**.

---

[1] To protect the privacy of plaintiffs in social security cases, the undersigned identifies them by only their first names and the initial of their last names.

ORDER OF DISMISSAL WITH PREJUDICE - 1

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, the Complaint and all claims therein are **DISMISSED WITH PREJUDICE** and without costs or attorney fees to any party.

3. All pending motions, if any, are **DENIED AS MOOT**.

4. All pending deadlines and hearings are **VACATED**.

5. The District Court Executive shall **CLOSE THE FILE**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

**DATED** July 7, 2021.

                                      *s/Fred Van Sickle*
                                      Fred Van Sickle
                              Senior United States District Judge